IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00279-GPG

SEIFULLAH CHAPMAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
WARDEN JOHN OLIVER, In his Official Capacity,
FRANKIE CORDOVA, MD, Individually and in his Official Capacity,
GEORGE SANTINI, MD, Individually and in his Official Capacity,
ANTHONY OSAGIE, PA, Individually and in his Official Capacity, and
RONALD CAMACHO, PA, Individually and in his Official Capacity,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

DATED February 10, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        S/ Gordon P. Gallagher

                                        _____
                                        United States Magistrate Judge