IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00279-WYD-KLM

SEIFULLAH CHAPMAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS;
WARDEN JOHN OLIVER, in his official capacity;
FRANKIE CORDOVA, MD, individually and in his official capacity;
GEORGE SANTINI, MD, individually and in his official capacity;
ANTHONY OSAGIE, PA, individually and in his official capacity;
RONALD CAMACHO, PA, individually and in his official capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    A hearing on the Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Evidentiary Hearing (ECF No. 25) is set for **Friday, May 29, 2015 at 9:30 a.m.**  This hearing will not exceed three hours in length.

    Accordingly, Plaintiff's Motion to Present Testimony Via Contemporaneous Video Transmission, or, in the alternative, by phone (ECF No. 27) is **GRANTED** to the extent that Plaintiff shall coordinate all requested transmissions with the Court's Automation Department to ensure feasibility.

    Dated:  May 26, 2015