IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00279-WYD-KLM

SEIFULLAH CHAPMAN,

     Plaintiff,

v.

FEDERAL BUREAU OF PRISONS;
WARDEN JOHN OLIVER, in his official capacity;
FRANKIE CORDOVA, MD, individually and in his official capacity;
GEORGE SANTINI, MD, individually and in his official capacity;
ANTHONY OSAGIE, PA, individually and in his official capacity;
RONALD CAMACHO, PA, individually and in his official capacity,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     In light of the filing of the Amended Complaint on May 22, 2015, the Defendants' Motion to Dismiss (ECF No. 22), which sought to dismiss the original Complaint, is **DENIED AS MOOT**. *See Quezada v. Mink*, No. 10-cv-00879-REB-KLM, 2010 WL 5343143, at *1 (D. Colo. Dec. 21, 2010) ("The filing of an amended complaint moots a motion to dismiss directed at the superseded complaint.").

     Dated:  May 26, 2015