IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00279-WYD-KLM

SEIFULLAH CHAPMAN,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTION FOR
TEMPORARY RESTRAINING ORDER AND VACATE HEARING**

---

Plaintiff Seifullah Chapman hereby withdraws his Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Evidentiary Hearing (Doc. 25), and respectfully requests that the Court vacate the hearing set for June 16, 2015. In support thereof, Plaintiff states as follows:

1.  On May 22, 2015, Plaintiff filed a Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Evidentiary Hearing. Doc. 25.

2.  Plaintiff's Motion sought emergency relief in the form of modified treatment for his Type 1 diabetes, including additional testing strips, the coordination of his meal delivery with his insulin delivery, a dose of insulin with his lunch, and the ability to "carb count."

3.  On May 29, 2015, this Court held a hearing on Plaintiff's Motion.

1

4. At the conclusion of the hearing, this Court ordered the Parties to discuss the possibility of resolving Plaintiff's Motion through an agreement of the Parties, and to file a Status Report on June 5, 2015.

5. The Parties were still negotiating a possible agreement on June 5, 2015, and they filed a Status Report indicating that and asking the Court to permit them one additional week to continue the negotiations. Doc. 45.

6. This Court ordered the Parties to file a Second Joint Status Report on June 12, 2015, and set the hearing to resume on June 16, 2015. Doc. 46.

7. On June 12, 2015, the Parties reached an agreement regarding the relief Plaintiff sought through his Motion for Temporary Restraining Order and/or Preliminary Injunction.

8. A letter signed on behalf of the Bureau of Prisons reflecting that agreement, and their obligations under it, is attached to this Motion as Exhibit 1. Plaintiff withdraws his Motion based on the understanding that the BOP will perform the obligations set forth in Exhibit 1.

9. The Parties are continuing to negotiate a method for evaluating the implementation of the BOP's obligations set forth in Exhibit 1, and are working toward a mutually agreeable solution.

10. In lieu of filing a Joint Status Report, and because the Parties have reached this agreement, Plaintiff withdraws his Motion for Temporary Restraining Order and/or Preliminary Injunction, and respectfully requests that the Court vacate the hearing set for June 16, 2015.

**Certificate of Conferral Pursuant to D.COLO.L.Civ.R. 7.1(a)**

Pursuant to District of Colorado Local Rule 7.1(a), undersigned counsel certifies that she conferred with counsel for Defendants, who indicated that Defendants do not oppose the relief sought by this Motion.

Respectfully submitted this 12th day of June, 2015.

STUDENT LAW OFFICE

*s/ Lauren Fontana*

_____

Lauren Fontana
University of Denver Sturm College of Law
2255 E. Evans Ave., Suite 335
Denver, CO 80208
(303) 871-6140 (Tel)
(303) 871-6780 (Fax)
lfontana@law.du.edu

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 12, 2015, I electronically filed the foregoing Motion to the Clerk of Court using the CM/ECF system, which caused it to be served via electronic mail on the following:

Zeyen Wu
zeyen.wu@usdoj.gov

Amy Padden
amy.padden@usdoj.gov

*Counsel for Defendants*

                *s/ Lauren Fontana*
                _____
                Lauren Fontana