

**U.S. DEPARTMENT OF JUSTICE**

**John F. Walsh**
*United States Attorney*
*District of Colorado*

---

*1225 Seventeenth Street, Suite 700*
*Seventeenth Street Plaza*
*Denver, Colorado 80202*
*(303) 454-0100*
*FAX  (303) 454-0400*

**SUBJECT TO FRE 408**

June 12, 2015

Laura Rovner
Lauren Fontana
University of Denver College of Law
2255 E. Evans Ave.
Denver, CO 80208

      Re:    Motion for Temporary Restraining Order and/or Preliminary Injunction in *Chapman v. Bureau of Prisons, et al.*, 15-cv-00279-WYD-KLM

Dear Ms. Rovner and Ms. Fontana:

      In consideration of the claims made by your client, Seifullah Chapman, in the Motion for Temporary Restraining Order and/or Preliminary Injunction dated May 22, 2015, the Bureau of Prisons (BOP) has agreed to take the following steps, to the extent they are consistent with medical recommendations, regarding treatment for Mr. Chapman's Type 1 diabetes:

1. Provide Mr. Chapman with one additional test strip per day so that he can test his blood sugar a total of seven times per day.

2. Provide Mr. Chapman with one additional dose of regular insulin per day at lunch, for a total of three doses of regular insulin per day.  Administration of the third dose of insulin will begin no later than two weeks from the date of this letter.  Concurrent with the start of the lunchtime dose of regular insulin, the BOP will re-evaluate the amount of Lantus given to Mr. Chapman.

3. The BOP will coordinate Mr. Chapman's meals such that his breakfast, lunch, and dinner are served at the same time that insulin is administered, to begin no later than June 26, 2015.

4. Dr. Jim Pelton, Regional Medical Director for the BOP, will follow-up with Mr. Chapman in 4-6 weeks to re-evaluate Mr. Chapman's diabetes management.

The provisions described above may be suspended in the event of a medical emergency. The BOP has also taken the following actions in regard to Mr. Chapman's medical care:

- Dr. Pelton examined Mr. Chapman in person on June 9, 2015.

- Mr. Chapman's prescription for insulin glargine, or Lantus, was reduced by 2 units per day.

- Mr. Chapman's prescription for "sliding scale" insulin was adjusted to provide for decreasing doses that correspond to lower blood sugar measurements. Previously, Mr. Chapman's insulin dosage was only adjusted when his blood sugar was measured at levels over 200 mg/dl. Sliding scale will be utilized at every insulin administration.

- Mr. Chapman's counsel was sent nutritional information regarding meals at the ADX.

This letter is not an admission that Plaintiff's claims are well founded or that Defendants' defenses are not well founded. Defendants also do not concede that Plaintiff has made a legally sufficient showing of entitlement to relief under the relevant provisions of the Prison Litigation Reform Act.

Sincerely,

Zeyen J. Wu
Assistant U.S. Attorney
District of Colorado

2