IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00279-WYD-KLM

SEIFULLAH CHAPMAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS;
WARDEN JOHN OLIVER, in his official capacity;
FRANKIE CORDOVA, MD, individually and in his official capacity;
GEORGE SANTINI, MD, individually and in his official capacity;
ANTHONY OSAGIE, PA, individually and in his official capacity;
RONALD CAMACHO, PA, individually and in his official capacity,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Withdraw Motion for Temporary Restraining Order and Vacate Hearing (ECF No. 48) is **GRANTED.**  Accordingly, the Motion for Temporary Restraining Order and/or Preliminary Injunction (ECF No. 25) is **WITHDRAWN**, and the hearing set for Tuesday, June 16, 2015 at 10:00 a.m. is **VACATED.**

    Dated:  June 15, 2015