**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   October 30, 2015 |
| E.C.R./Reporter:      Therese Lindblom | |

Civil Action No: **15-cv-00279-WYD-KLM**        Counsel:

**SEIFULLAH CHAPMAN**,

        Plaintiff,

v.

**FEDERAL BUREAU OF PRISONS;
WARDEN JOHN OLIVER, in his official
capacity;
FRANKIE CORDOVA, MD, individually
and in his official capacity;
GEORGE SANTINI, MD, individually and
in his official capacity;
ANTHONY OSAGIE, PA, individually and
in his official capacity;
RONALD CAMACHO, PA, individually
and in his official capacity**,

        Defendants.

Counsel:

Laura L. Rovner
Nicole B. Godfrey
Emily Miller (student attorney)
Chelsea Gilbertson (student attorney)
Shannon Hurley (student attorney)
Carter McDonnell (student attorney)

Zeyen J. Wu
Amy L. Padden

**COURTROOM MINUTES**

**MOTION HEARING: Plaintiff's Renewed Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Evidentiary Hearing [ECF Doc. No. 91], filed October 19, 2015**

**9:43 a.m.**        Court in Session

        APPEARANCES OF COUNSEL.  Seifullah Chapman appears via video conference.

|  |  |
|---|---|
|  | Court's opening remarks. |
| 9:48 a.m. | Statement by Plaintiff regarding having Dr. Philipson appear by telephone (Ms. Rovner). |
| 9:49 a.m. | Statement by Defendants (Ms. Padden). |
| 9:51 a.m. | Statement by Defendants (Mr. Wu). |
| 9:55 a.m. | Statement by Plaintiff (Ms. Rovner). |
| 9:56 a.m. | Statement by Defendants (Mr. Wu). |
| 10:00 a.m. | Statement by Plaintiff (Ms. Rovner). |
| 10:06 a.m. | Dr. Louis Philipson appears telephonically. |
| **ORDERED:** | Plaintiff's Motion for Leave to Appear [ECF Doc. No. 97], filed October 29, 2015, is **GRANTED.** |
|  | Plaintiff's Renewed Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Evidentiary Hearing [ECF Doc. No. 91], filed October 19, 2015, is raised for argument. |
| 10:09 a.m. | Defendants' witness **James Kenneth Pelton** sworn. |
| 10:09 a.m. | Direct examination by Defendants (Ms. Padden). |
| 10:25 a.m. | Court's examination of witness. |
| 10:28 a.m. | Direct examination by Defendants continues (Ms. Padden). |
| 10:28 a.m. | Cross examination by Plaintiff (Ms. Hurley). |
| 10:36 a.m. | Court's examination of witness. |
| 10:38 a.m. | Defendant rests. |
| 10:41 a.m. | Statement by Plaintiff (Ms. Rovner). |
| 10:43 a.m. | Statement by Defendants (Ms. Padden). |
| 10:46 a.m. | Statement by Plaintiff (Ms. Rovner). |

| | |
|---|---|
| 10:53 a.m. | Statement by Defendant (Ms. Padden). |
| **ORDERED:** | Plaintiff's Renewed Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Evidentiary Hearing [ECF Doc. No. 91], filed October 19, 2015, is **DEFERRED.** |
| **ORDERED:** | Defendant shall file a status reports, one under seal and one public, not later than **Friday, November 6, 2015.** |
| **ORDERED:** | Counsel shall meet and confer to resolve the issues on **Tuesday, November 3, 2015, at 11:00 a.m.**  Mr. Chapman shall be made available, but the extent of his availability is subject to what is in the best interest of having the negotiation be productive. |
| **ORDERED:** | Parties shall file a joint status report not later than **Friday, November 6, 2015.** |
| | Court indicates a written order shall follow. |
| **11:13 a.m.** | Court in Recess - HEARING CONCLUDED. |

**CLERK'S NOTE:  EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME: 1:30**