IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00279-WYD-KLM

SEIFULLAH CHAPMAN,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

Defendants.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

1

|  |  |
|---|---|
| | JOHN F. WALSH<br>United States Attorney |
| s/ *Lindsey Webb* | s/ *Zeyen Wu* |
| Lindsey Webb<br>Chelsea Gilbertson<br>Shannon Hurley<br>Carter McDonnell<br>Student Law Office<br>University of Denver<br>Sturm College of Law<br>2255 E. Evans Ave.<br>Denver, CO 80208<br>Phone: 303.871.6140<br>Fax: 303.871.6847<br>Email: lwebb@law.du.edu | Zeyen Wu<br>Assistant United States Attorney<br>1225 17th St., Suite 700<br>Denver, CO 80202<br>Phone: 303.454.0238<br>Fax: 303.454.0100<br>Email: zeyen.wu@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |

**SO ORDERED**

Dated: 3/8/16

_____
Hon. Kristen L. Mix
United States Magistrate Judge