## MINUTE ENTRY FOR SETTLEMENT

TO:          Docketing

FROM:        Magistrate Judge Michael E. Hegarty

DATE:        February 27, 2018

RE:          ***Chapman v. Federal Bureau of Prisons, et al.*, 15-cv-00279-WYD**

   _X_          Settlement negotiations were held on February 23, 2018, and no settlement has been reached as to any claims in this action, although the Court and parties will continue to pursue settlement.

   ____         Settlement negotiations were held on this date and a settlement has been reached as to:

            ____   All claims in this action.

            ____   Claims between _____ and _____.  These parties shall file a stipulated motion to dismiss on or before February__, 2018.

Settlement negotiation, conference, and preparation time involved: 6 hours.

   ____   A record was made          _X_   No record was made

* * * * * * * * * * * * * * * *

   ____         Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions and an in-person conference, since the initial conference.

Negotiation time involved: ___ hours ___ minutes.