# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: May 18, 2018

RE: *Chapman v. Federal Bureau of Prisons, et al.*, **15-cv-00279-WYD**

    \_\_\_    Settlement negotiations were held on this date and no settlement has been reached as to any claims in this action.

    \_\_\_    Settlement negotiations were held on this date and a settlement has been reached as to:

        \_\_\_    All claims in this action.

        \_\_\_    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before May \_\_, 2018.

Settlement negotiation, conference, and preparation time involved: \_\_\_ hours.

\_\_\_ A record was made        \_\_\_ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    **X**    Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions and an in-person conference, since the initial conference. No settlement has been reached as to any claims in this action, although the parties and the Court will continue to pursue settlement.

Negotiation time involved: 5 hours.