**MINUTE ENTRY FOR SETTLEMENT**

TO:        Docketing

FROM:    Magistrate Judge Michael E. Hegarty

DATE:    August 16, 2018

RE:        *Chapman v. Federal Bureau of Prisons, et al.*, **15-cv-00279-WYD**

> ____    Settlement negotiations were held on this date and no settlement has been reached as to any claims in this action.

> ____    Settlement negotiations were held on this date and a settlement has been reached as to:

>> ____    All claims in this action.

>> ____    Claims between _____ and _____.  These parties shall file a stipulated motion to dismiss on or before August__, 2018.

Settlement negotiation, conference, and preparation time involved: ___ hours.

____  A record was made                    ____  No record was made

* * * * * * * * * * * * * * * *

   X    Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions, since the initial conference.  This case has been dismissed.  The Court is making this entry to record its time.

Negotiation time involved: 3 hours.