**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00279-DDD-KLM

SEIFULLAH CHAPMAN,

      Plaintiff,

v.

GEORGE SANTINI, MD, individually,
ANTHONY OSAGIE, PA, individually, and
RONALD CAMACHO, PA, individually,

      Defendants.

## **UNOPPOSED** MOTION FOR A 10-DAY EXTENSION OF BRIEFING DEADLINES

Defendants respectfully request that the Court extend the deadlines for all parties, including Plaintiff, (a) to file simultaneous briefs and responses on the scope of the claims to be tried on remand and (b) to file motions under Fed. R. Evid. 702. The opening briefs for both matters currently are due June 30, 2020, with responses due July 21, 2020. *See* ECF No. 439. Defendants request a 10-day extension of both deadlines, making the opening briefs and motions due **July 10, 2010**, and the responses due **July 31, 2020**. Undersigned counsel has consulted with counsel for Plaintiff, who represented that Plaintiff does not oppose a 10-day extension of these deadlines for all parties.

There is good cause for the Court to grant this extension. Assistant United States Attorney Kyle Brenton and undersigned counsel have assumed primary responsibility for litigating this case and preparing it for trial. One of Mr. Brenton's immediate family members

very recently and unexpectedly passed away. Mr. Brenton must be away from work in the short term and his work schedule will be impacted for several weeks.

Mr. Brenton had assumed primary responsibility for the scope-of-claims briefing, with undersigned counsel assigned to prepare Defendants' Rule 702 motion. Mr. Brenton had begun work on his portion of the briefing and strongly desires to complete it. The short extension requested here will allow him to do that. No party will be prejudiced by this short delay, and Plaintiff does not oppose it.

Neither party has requested an extension of these deadlines. *See* D.C.COLO.LCivR 6.1(b). Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that this motion will be served on Plaintiff by means of the Court's Electronic Case Filing system and on a BOP representative for Defendants.

For these reasons, Defendants respectfully request that the Court extend the deadlines for all parties as follows: (a) to and including **July 10, 2010**, to file simultaneous opening briefs on the scope-of-claims issue and to file Rule 702 motions, and (b) to and including **July 31, 2020**, to file responses to the same.

Respectfully submitted on June 16, 2020.

                                            JASON R. DUNN
                                            United States Attorney

                                            *s/ Susan Prose*
                                            Susan Prose
                                            Assistant United States Attorney
                                            1801 California Street, Suite 1600
                                            Denver, Colorado  80202
                                            Telephone: (303) 454-0100
                                            Fax: (303) 454-0407
                                            susan.prose@usdoj.gov

                                            Attorneys for Defendants

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 16, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

ngodfrey@law.du.edu

lrovner@law.du.edu

djefferis@law.du.edu

s/ *Susan Prose*
United States Attorney's Office