IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00279-DDD-KLM

SEIFULLAH CHAPMAN,

    Plaintiff,

v.

GEORGE SANTINI, MD, in his individual capacity;
ANTHONY OSAGIE, PA, in his individual capacity; and
RONALD CAMACHO, PA, in his individual capacity,

    Defendants.

## DEFENDANTS' STATUS REPORT

Defendants filed an unopposed motion to extend the time for them to file a reply in support of their motion to compel and a response to Plaintiff's motion to strike. *See* ECF No. 516 (requesting a filing deadline of May 3, 2022).[1] However, the parties now have reached an agreement to settle the case, making these filings unnecessary.

The parties are continuing to work collaboratively to finalize the settlement process. It is anticipated that a stipulation of dismissal will be filed in the near future.

---

[1] A ruling on the motion for extension is pending.

1

Dated: May 3, 2022	Respectfully submitted,

                                                COLE FINEGAN
United States Attorney

*s/ Susan Prose*
Susan Prose
Kyle Brenton
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0411
susan.prose@usdoj.gov
kyle.brenton@usdoj.gov

Attorneys for Defendants

2

CERTIFICATE OF SERVICE

      I hereby certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following recipients:

arandolph@law.du.edu
ngodfrey@law.du.edu
lrovner@law.du.edu

      s/ *Susan Prose*
      Susan Prose