**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00279-DDD-KLM

SEIFULLAH CHAPMAN,

    Plaintiff,

v.

GEORGE SANTINI, MD, *et al.*,

    Defendants.

---

**NOTICE OF AMENDMENT OF COMPLAINT PURSUANT TO FRCP 15(a)(2)**

---

    Pursuant to Federal Rule of Civil Procedure 15(a)(2) and D.C.COLO.LCivR 15.1(a), Plaintiff Seifullah Chapman files this Notice of Amendment of Complaint Pursuant to Fed. R. Civ. P. 15(a)(2). Defendants have consented to the filing of Plaintiff's Third Amended Complaint (Doc. 526). Plaintiff has attached a redlined version of the Third Amended Complaint as Exhibit 1 to this notice.

    Respectfully submitted this 1st day of June, 2022.

    STUDENT LAW OFFICE

    *s/ Aurora L. Randolph*
Laura Rovner
Nicole B. Godfrey
Aurora L. Randolph
University of Denver Sturm College of Law
2255 E. Evans Ave., Ste. 335
Denver, CO 80208
Phone: (303) 871-6155
Email: arandolph@law.du.edu

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I electronically filed the foregoing **NOTICE OF AMENDMENT OF COMPLAINT PURSUANT TO FRCP 15(a)(2)** with the Clerk of Court using the CM/ECF system, which will send notice of the filing via electronic mail to the following:

Susan Prose
Susan.prose@usdog.gov

Kyle Brenton
Kyle.brenton@usdoj.gov

Zeyen Wu
Zeyen.Wu@usdoj.gov

David Moskowitz
david.moskowitz@usdoj.gov

*Counsel for Defendants*

> *s/ Aurora L. Randolph*
> Aurora L. Randolph