# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00279-DDD-KLM

SEIFULLAH CHAPMAN,

    Plaintiff,

v.

GEORGE SANTINI, MD, in his individual capacity;
ANTHONY OSAGIE, PA, in his individual capacity;
RONALD CAMACHO, PA, in his individual capacity; and
UNITED STATES OF AMERICA,

    Defendants.

---

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate, through their attorneys, that the cause of action should be dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

Respectfully submitted on June 1, 2022.

| | |
|---|---|
| STUDENT LAW OFFICE | COLE FINEGAN |
| | United States Attorney |
| s/ *Aurora L. Randolph* | |
| Laura L. Rovner | s/ *Susan Prose* |
| Nicole B. Godfrey | Susan Prose |
| Aurora L. Randolph | Kyle Brenton |
| University of Denver Sturm College of Law | Assistant United States Attorneys |
| 2255 East Evans Ave., Ste. 335 | 1801 California Street, Suite 1600 |
| Denver, CO 80208 | Denver, Colorado 80202 |
| Phone: (303) 871-6155 | Phone: (303) 454-0100 |
| arandolph@law.du.edu | Fax: (303) 454-0407 |
| Counsel for Plaintiff | susan.prose@usdoj.gov |
| | Counsel for Defendants |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following recipients:

arandolph@law.du.edu
ngodfrey@law.du.edu
lrovner@law.du.edu

                                                s/ *Susan Prose*
                                                Susan Prose